JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY ANN S., | Case No. 5:25-cv-00113-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: June 27, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1